IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MALCOLM SLAUGHTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:21-cv-96 (RDA/JFA) |
| | ) |
| KIOLO KIJAKAZI, *Acting Commissioner of Social Security*, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge John F. Anderson on October 12, 2021. Dkt. 23. In this Social Security Administration appeal, Judge Anderson recommends that the Court grant in part Plaintiff's Motion for Summary Judgment (Dkt. 17), deny Defendant's Motion for Summary Judgment (Dkt. 20), and remand the matter to the Social Security Administration for further consideration. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Judge Anderson's Recommendation was October 26, 2021. To date, no objections have been filed.

After reviewing the record and Judge Anderson's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation. Dkt. 23. Accordingly, Plaintiff's Motion for Summary Judgment (Dkt. 17) is GRANTED IN PART; and it is

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (holding that in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

FURTHER ORDERED that Defendant's Motion for Summary Judgment (Dkt. 20) is DENIED; and it is

FURTHER ORDERED that this matter is dismissed.

The Clerk is directed to enter judgment for Plaintiff in this matter pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to counsel of record, and close this civil action.

It is SO ORDERED.

Alexandria, Virginia
November 2, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge